UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| PAT MCKIMMY, | ) | NO. CV-06-3097-AMJ |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING REPORT AND RECOMMENDATION |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on July 26, 2007 **(Ct. Rec. 30)**, recommending that Plaintiff's Motion for Summary Judgment **(Ct. Rec. 13)** be granted, the case be remanded for an immediate award of benefits, and Defendant's Motion for Summary Judgment **(Ct. Rec. 17)** be denied. Having reviewed the report and recommendation and there being no objections thereto, the court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS HEREBY ORDERED** that the Report and Recommendation **(Ct. Rec. 30)** to grant Plaintiff's Motion for Summary Judgment, remand for an immediate award of benefits, and deny Defendant's Motion for Summary Judgment is **ADOPTED in its entirety**. The Commissioner's decision to deny Plaintiff disability benefits is **Reversed**.

///

///

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

1   **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and an
2   Order of Judgment, forward copies to counsel, and close the file.
3   DATED this  14th   day of August, 2007.

                                              S/Lonny R. Suko
                                            LONNY R. SUKO
                                     UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2