# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

PAT MCKIMMY,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-06-3097-AMJ

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The Commissioner's decision to deny Plaintiff's Disability benefits is **Reversed**. The case is Remanded for an immediate award of benefits

DATED this 15th day of August, 2007.

                       JAMES R. LARSEN
                       District Court Executive/Clerk


                       by: s/Pamela A. Howard
                            Deputy Clerk

cc: all counsel